**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                             CASE NO.: 4:06-CR-020-SPM

**TRALVIN BETHEL,**

    **Defendant.**

_____

**ORDER OF REFERRAL FOR PLEA PROCEEDINGS**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

The Court has been informed that the defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 72.3, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned criminal case be referred to the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this <u>third</u> day of July, 2006.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge