IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          CASE NO.: 4:06-CR-020-SPM

**TRALVIN BETHEL,**

      **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue" (doc. 122) filed August 28, 2006, in which Defendant requests a 30-day continuance in order to complete his cooperation with the Government.

Finding the request to be reasonable, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion for Continuance (doc. 122) is hereby *granted*.

2.     Sentencing is reset for **Monday, October 16, 2006** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this twenty-ninth day of August, 2006.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge