IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                            CASE NO.: 4:06-CR-020-SPM

**TRALVIN BETHEL,**

   **Defendant.**
_____/

### ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Defendant's Second Unopposed Motion to Continue" (doc. 133) filed October 4, 2006, in which Defendant requests a 60-day continuance based on the Government's filing of certain indictments "which impact the foundation and importance of the Defendant's plea." The Government is in agreement with the request.

The Court deems it prudent and appropriate to hold all sentencings in this case on the same date. Accordingly, the sentencings for codefendants Dozier, Allen, Minor and Troupe will be continued as well. It is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Continuance (doc. 133) is hereby *granted*.

2. Sentencing for all defendants in this case is reset for **Monday, December 18, 2006** at **1:30pm** at the United States Courthouse in

Tallahassee, Florida.

**DONE AND ORDERED** this <u>sixth</u> day of October, 2006.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge