IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs. CASE NO.: 4:06-CR-020-SPM

**TRALVIN BETHEL, et al.,**

    **Defendants.**

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon the "Defendant's Unopposed Motion to Continue Sentencing" (doc. 140). Defendant Bethel requests a 30-day continuance so he can gather additional information relevant to sentencing. The Government does not oppose.

The Court deems it prudent and appropriate to hold all sentencings in this case on the same date. Accordingly, the sentencings for codefendants Dozier, Allen, Minor and Troupe will be continued as well. It is

**ORDERED AND ADJUDGED** as follows:

1.    Defendant Bethel's motion (doc. 140) is hereby *granted*.

2.    Sentencing for all defendants in this case is reset for **Tuesday, February 16, 2007** at **1:30pm** at the United States Courthouse in

Tallahassee, Florida.

**DONE AND ORDERED** this <u>seventh</u> day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 4:06-CR-020-SPM