## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                        **CASE NO.: 4:06-CR-020-SPM**

**TRALVIN BETHEL, et al.,**

       **Defendants.**

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Defendant's Third Unopposed Motion to Continue" (doc. 143) filed February 9, 2007.  Defendant is expected to testify at the trial of recently-indicted co-conspirator Terrance Oliver and requests a continuance until that trial occurs.  The Government does not oppose the motion.

Finding good cause for the continuance, it is accordingly

**ORDERED AND ADJUDGED** as follows:

1.      Defendant's motion to continue (doc. 143) is hereby *granted*.

2.      Sentencing is reset for **Monday, April 23, 2007** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>fourteenth</u> day of February, 2007.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge