IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                               CASE NO.: 4:06-cr-20-SPM-WCS

TRALVIN Q. BETHEL,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 203). Defendant has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 203) is *adopted* and incorporated by reference in this order.

2. Defendant's § 2255 motion to vacate (doc. 197) is *denied with prejudice*.

DONE AND ORDERED this thirtieth day of June, 2009.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       Chief United States District Judge